Insufficient justification shown to extend the deadline under § 521(i)(3). Accordingly, an order of dismissal will be promptly entered reflecting the automatic dismissal of the case under § 521(i)(1).

**The relief requested is DENIED.**

**Dated: October 19, 2018**        

**JOEL T. MARKER
U.S. Bankruptcy Judge**

---

David L. Fisher (11570)
**Fisher Law Group PLLC**
2825 E Cottonwood Pkwy Ste 500
Cottonwood Heights, UT 84121
Phone: 801-931-9001
E-mail: fisherlawllc@lawyer.com
*Attorney for Debtor*

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| In re:  | Case No.   18-26541 |
|---|---|
| Travis Augustine Martin | Chapter 13 |
| Debtor | Judge:  Joel T. Marker |

### ORDER GRANTING MOTION FOR EXTENSION OF TIME
### TO FILE SCHEDULES AND OTHER DOCUMENTS

The Debtor filed a bankruptcy petition under Chapter 13 of Title 11 of the United States Code on September 2, 2018.  On October 18, 2018, the Debtor filed a Motion for Extension of Time to File Schedules and Other Documents (the "Motion") at Dkt. No. 10.  The Court has considered the Motion and the applicable law. Based thereon, the Court hereby ORDERS:

1. The Motion is granted.

2. The Debtor shall file the Schedules, Statement of Financial Affairs, Chapter 13 Statement of Monthly Income, Chapter 13 Plan, and other documents required by

1

11 U.S.C. § 521 and Bankruptcy Rule 1007(b) on or before November 8, 2018.

3. If the Debtor fails to comply with Paragraph 2, the case shall be dismissed on November 9, 2018.

--------------- END OF DOCUMENT ------------------

**DESIGNATION OF PARTIES TO RECEIVE SERVICE**

Service of the foregoing ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES AND OTHER DOCUMENTS will be effected through the Bankruptcy Noticing Center to each party listed below:

By CM/ECF to:

David L. Fisher         fisherlawllc@lawyer.com
Lon Jenkins, Tr         utahtrusteemail@ch13ut.org
United States Trustee   USTPRegion19.SK.ECF@usdoj.gov

By U.S. Mail to:

Travis Augustine Martin
6678 S Alfred Way
Salt Lake City, UT 84123
    *Debtor*

2